UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:17cv80824  MIDDLEBROOKS/BRANNON

DAYNA CHRISTINE CLAWSON, as Personal
Representative of the Estate of
RICKY KEVIN WHIDDEN, deceased.

       Plaintiff,

vs.

JUSTIN RIGNEY, in his Individual Capacity,
and PALM BEACH COUNTY SHERIFF'S OFFICE
[RIC BRADSHAW in his capacity as Sheriff
of Palm Beach County, Florida]

       Defendant.
_____/

## PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS

COMES NOW Plaintiff, DAYNA CHRISTINE CLAWSON, as Personal Representative of the Estate of RICKY KEVIN WHIDDEN, deceased, by and through her undersigned counsel, and respectfully requests this Honorable Court to enter an order compelling Defendant, JUSTIN RIGNEY, to file Answers to Plaintiff's Interrogatories which were served on August 18, 2017, and Defendant's Responses to Plaintiff's Request for Production which were served on September 18, 2017, and as grounds therefore would state:

1.    On August 18, 2017, Counsel for Plaintiff served her First Set of Interrogatories upon Defendant, JUSTIN RIGNEY. (See Attached Exhibit "A").

2.    On February 12, 2018, Counsel herein reached out and spoke with Counsel for Defendant RIGNEY to resolve this matter without the need for judicial intervention. Counsel for Defendant RIGNEY agreed to provide Answers to Plaintiff's Interrogatories by the close of

business on Tuesday, February 13, 2018.  To date, Defendant, RIGNEY has failed to provide his Answers to Plaintiff's Interrogatories.

3. On September 18, 2017, Counsel for Plaintiff served upon Defendant, RIGNEY her First Request for Production.  (See Attached Exhibit "B").

4. On February 12, 2018, Counsel herein reached out and spoke with Counsel for Defendant RIGNEY to resolve this matter without the need for judicial intervention. Counsel for Defendant RIGNEY agreed to provide the Responses to Plaintiff's Request for Production by the close of business on Tuesday, February 13, 2018.  To, date Defendant, RIGNEY has failed to uphold the agreement and provide Responses to Plaintiff's First Request for Production.

5. The deposition of Defendant RIGNEY is scheduled for March 9, 2018 and Defendant's Discovery Responses are critical in preparation of the upcoming deposition. Counsel herein is respectfully requesting this Honorable Court enter an order granting Plaintiff's motion and compelling Defendant RIGNEY to provide discovery responses to Plaintiff by no later than February 23, 2018.

WHEREFORE, Plaintiff, DAYNA CHRISTINE CLAWSON, as Personal Representative of the Estate of RICKY KEVIN WHIDDEN, deceased, respectfully requests this Honorable Court to enter an Order compelling Defendant, RIGNEY to provide Plaintiff with responses to all discovery requests by February 23, 2018.

## CERTIFICATE THAT THE PARTIES CONFERRED

On Monday, February 12, 2018, Counsel for Plaintiff reached out to Counsel for JUSTIN RIGNEY in an attempt to resolve this matter. Defendant JUSTIN RIGNEY has failed to provide timely responses to Plaintiff's discovery responses as agreed upon by the parties.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Plaintiff's *Motion to Compel Discovery Responses from Defendant Justin Rigney* was filed with the Clerk via the CM/ECF and an electronic notification was sent via email to the following this February 19, 2018.

RICHARD GUIFFREDA, ESQUIRE
PURDY JOLLY GIUFFREDA & BARRANCO, P.A.
2455 E. Sunrise Boulevard Suite 1216
Fort Lauderdale, Florida  33304
Email: richard@purdylaw.com
Attorneys for Defendant Palm Beach County Sheriff's Office

SCOTT N. RICHARDSON, ESQ.,
1401 Forum Way Suite 720
West Palm Beach, Florida 33401,
Email: snr@scottnrichardsonlaw.com and
           meh@scottnrichardsonlaw.com
Attorney for Defendant Justin Rigney

                        **KAPLAN & PARKER, LLP**
                        PGA Financial Plaza
                        3399 PGA Boulevard, Suite 150
                        Palm Beach Gardens, Florida 33410
                        Telephone: (561) 296-7900
                        Facsimile: (561) 296-7919

                        By:  **/s/ Stuart N. Kaplan**
                        STUART N. KAPLAN, ESQUIRE
                        Florida Bar No.: 0647934
                        Email**:** skaplan@kaplanparkerlaw.com
                        Primary Email: jwise@kaplanparkerlaw.com